# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2448
LT Case No.  2019-301411-CFDB

_____

DARRYL LAMAR DUFFY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On Appeal from the Circuit Court for Volusia County.
Matthew M. Foxman, Judge.

Matthew J. Metz, Public Defender, and Robert J. Pearce, III,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Pamela J.
Koller, Assistant Attorney General, Daytona Beach, for Appellee.

January 2, 2024

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____